IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        CV 616-152

SOUTHERN TOBACCO COMPANY,
d.b.a, HOOKAH HOOKAH TOBACCO
COMPANY,

    Defendant.

## O R D E R

Presently before the Court is parties' Consent Motion for Entry of Consent Judgment (doc. 8) pursuant to Federal Rule of Civil Procedure 58. Plaintiff and Defendant have entered into a settlement agreement ("Settlement Agreement") resolving all issues, claims, and demands set forth in the Complaint. Having been advised accordingly, the Court **ORDERS** that final judgment be entered in favor of Plaintiff and against Defendant in accordance with Federal Rule of Civil Procedure 58. Defendant shall pay Plaintiff the principal sum of **$30,459.14** under the Settlement Agreement **plus post-judgment interest** at the legal rate per annum from the date this Consent Judgment is entered. **IT IS FURTHER ORDERED** that this Consent Judgment fully adjudicates all of the claims and causes of action in this

matter, including those pleaded and those which could have been pleaded. This consent action may be amended only by agreement of the parties and approval by the Court.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of February, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2